McGREGOR W. SCOTT
United States Attorney
JEFFREY SPIVAK
KATHERINE SCHUH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

SEALED

FILED
AUG 22 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19 CR 00177 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JOEL JUAREZ, ET AL. | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 22, 2019, charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment

or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: August 22, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ JEFFREY SPIVAK
JEFFREY SPIVAK
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 22, 2019

_____
STANLEY A. BOONE
U.S. Magistrate Judge