FILED
NOV 21 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) JOEL JUAREZ (aka JOEL JUAREZ-LOPEZ, aka WUILBER LOPEZ-RODRIGUEZ, aka WILBERT LOPEZ-RODRIGUEZ), (2) DELFINA LEON FELIX, (3) ERICK LOPEZ, and (4) CHARLEY NOEL LEON-MACHADO,<br><br>Defendants. | CASE NO. 1:19-CR-177-LJO-SKO<br><br>ORDER UNSEALING INDICTMENT |

Based on the application of the United States, IT IS ORDERED that the Indictment filed in the above-entitled case shall be unsealed.

Dated:  November 20, 2019

_____
Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE